IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Loretta Clark,                                                    CASE NO: 14-36777-LMI
                                                                  CHAPTER: 13

   Debtor.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**SUNTRUST MORTGAGE, INC.**, (hereinafter referred to as "Movant"), by and through its undersigned attorneys, files its objection to the confirmation of Debtor's Chapter 13 Plan, and states:

1. Secured Creditor holds a first mortgage on real property owned by the Debtor located at 3541 NW 210 Terrace, Miami Gardens, FL 33056, by virtue of a Mortgage which is recorded in the official records of Miami-Dade County, Florida, more fully described as:

   **Lot 15, Block 1, RIVERDALE ESTATES SECTION ONE, according to the Plat thereof, as recorded in Plat Book 68, Page 78, Public Records of Miami-Dade County, Florida.**

2. The Chapter 13 Plan proposed by the Debtor does not provide for sufficient arrearages.
3. The Pre-petition arrearage due to the Secured Creditor is $8,054.00 and a total claim in the amount of $183,647.07.
4. Accordingly, Secured Creditor objects to any plan which proposes to pay Secured Creditor anything less than $8,054.00, as the pre-petition arrearage over the life of the plan.
5. Secured Creditor objects to the Debtor's proposed plan and to any plan which does not appropriately provide for the correct arrearage amount.
6. Secured Creditor objects to any plan treatment which proposes regular payments in an amount less than the contractually agreed to payment amount.
7. Debtor's plan proposes to pay Secured Creditor per HAMP Guidelines, however as of the filing of this objection, Debtor has not made any attempt to reach out to Creditor regarding loss mitigation nor has this court entered any order for Loss Mitigation Mediation.
8. Secured Creditor also objects to Debtor's proposed LMM payment amount as the Plan currently does not provide for 31% of the Debtor's gross income.
9. Secured Creditor believes the monthly Adequate Protection payment amount should be at least $1,129.64 and the Debtor's plan should be amended to reflect same.

**WHEREFORE**, **SUNTRUST MORTGAGE, INC**., prays that the Court deny confirmation of Debtor's Chapter 13 Plan and direct Debtor to amend the plan to properly provide for cure of the arrearage as set forth in Movant's Proof of Claim.

**FLORIDA FORECLOSURE ATTORNEYS, PLLC**

**/s/ Frank J. Gomez**
Frank J. Gomez, Esquire (FBN 90542)
4855 Technology Way, Suite 500
Boca Raton, FL 33431
(727) 446-4826

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan was served by Notice of Electronic Transmission on this 3rd day of March, 2015 to: Aubrey G. Rudd, Esq., Attorneys for the Debtor, 2100 Coral Way, Suite 602, Miami, FL 33145, Nancy K. Neidich, Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027, and United States Trustee, Miami-Dade, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

**FLORIDA FORECLOSURE ATTORNEYS, PLLC**

**/s/ Frank J. Gomez**
Frank J. Gomez, Esquire (FBN 90542)
4855 Technology Way, Suite 500
Boca Raton, FL 33431
(727) 446-4826