# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

Loretta Clark

    Debtor(s).

Case No. 14-36777-LMI

Chapter 13 Case

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A** | **Sun Trust Mortgage Inc.** <br><br> Name of Transferor |
| Name of Transferee | Court Claim # (if known): 2 <br> Amount of Claim: <u>$183,647.07</u> <br> Date Claim Filed: <u>12/22/2014</u> |
| Name and Address where notices to transferee should be sent: <br> **Carrington Mortgage Services, LLC** <br> **Bankruptcy Department** <br> **1600 South Douglass Rd.** <br> **Anaheim, CA 92806** | |
| Phone: **(800) 561-4567** | Phone: |
| Last Four Digits of Acct #: **8802** | Last Four Digits of Acct #: **1428** |
| Name and Address where transferee payments should be sent (if different from above): <br> **Carrington Mortgage Services, LLC** <br> **Bankruptcy Department** <br> **P. O. BOX 3730** <br> **Anaheim, CA 92806** | |
| Phone: **(800) 561-4567** | |
| Last Four Digits of Acct #: **8802** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Justin Plean, Esq.</u>

    Transferee/Transferee's Agent

Date: <u>December 10, 2015</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

CFN: 20150732047 BOOK 29850 PAGE 1860
DATE:11/17/2015  11:11:16 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording Requested By:
SUNTRUST MORTGAGE, INC.

When Recorded Return To:

IRENE TORRES
1600 SOUTH DOUGLASS ROAD SUITE 200-A
ANAHEIM, CA  92806

## CORPORATE ASSIGNMENT OF MORTGAGE

Miami-Dade, Florida
SELLER'S SERVICING ████████ "WILLIAMS"
INVESTOR'S LOAN #: ████████
NEW SERVICER'S #: ████████

Date of Assignment: October 2nd, 2015
Assignor: SUNTRUST MORTGAGE, INC. at 1001 SEMMES AVENUE, RICHMOND, VA  23224
Assignee: WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN
TRUST A at 1600 SOUTH DOUGLASS ROAD, SUITE 200-A, ANAHEIM, CA  92806
Executed By: LORETTA WILLIAMS, A SINGLE WOMAN  To: SUNTRUST MORTGAGE, INC.
Date of Mortgage: 08/31/2007 Recorded: 09/05/2007 in Book/Reel/Liber: 25900 Page/Folio: 3168 as Instrument
No.: 2007R0874726 in the County of Miami-Dade, State of Florida.

Property Address: 3541 NW 210 TERR, MIAMI, FL  33056

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said  Mortgage
along with any and all modifications, having an original principal sum of $191,000.00 with interest, secured thereby
together with the certain note(s) described therein, with all moneys now owing or that may hereafter become due or
owing in respect thereof, and the full benefit of all the  powers and of all the covenants and provisos therein contained,
and the said Assignor hereby grants and conveys  unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the
terms contained in said Mortgage.

SUNTRUST MORTGAGE, INC.
On ___10-6-15___

By_____
Vice President
Kelly R. Armstrong
Assistant Vice President
COMMONWEALTH OF Virginia
COUNTY OF Richmond (City)

On ___10-6-15___, before me, _Paula Jefferson_____, a Notary Public in and for
Richmond (City) in the State of Virginia, personally appeared _Kelly Armstrong___ ___, Vice President,
personally known to me or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Paula Jefferson
Notary Expires: 1/31/2017

PAULA P. JEFFERSON
Notary Public
Commonwealth of Virginia
7542650
My Commission Expires Jan 31, 2017

(This area for notarial seal)

Prepared By:
Kimberlaine Johnson, SUNTRUST MORTGAGE, INC. 1001 SEMMES AVENUE, MERS ADMIN RVW 5003, RICHMOND, VA
23224 1-800-786-8787