UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
LORETTA CLARK                                        CASE NO. 14-36777-LMI
                                                     CHAPTER 13
    Debtor(s)
_____/

## JOINT MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel, pursuant to applicable Federal Rules of Bankruptcy Procedure and Local Rule 2091-1, jointly request an Order approving the substitution of counsel and removing Aubrey Rudd, Esq. as attorney of record for the Debtor(s) Loretta Clark, in the instant case.

I HEREBY CERTIFY that the Debtor(s) Loretta Clark has consented to the above mentioned substitution. The undersigned attorneys are unaware of any objections to the substitution and request the ex-parte entry of the proposed Agreed Order Substituting Counsel. All future correspondence, pleadings, notices, and other Court filings should be directed only to:

**George Rudd, Esq., 1250 SW 27th Avenue, Suite 306, Miami, FL 33135,**

**ruddlawgroup@gmail.com.**

| Substituting Attorney: | Substituted Attorney: |
|---|---|
| George Rudd, Esq. | Aubrey Rudd, Esq. |
| 1250 SW 27th Ave., #306 | 1250 SW 27th Ave., #306 |
| Miami, FL 33135 | Miami, FL 33135 |
| Telephone: 786-360-6733 | Telephone: 305-266-9584 |
| Email: ruddlawgroup@gmail.com | Email: ruddlawgroup@gmail.com |
| By:  /s/ George Rudd | By: /s/ Aubrey Rudd |
| George Rudd, Esq. | Aubrey Rudd, Esq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the this Joint Motion to Substitute Counsel has been sent via ECF to Nancy Neidich or Robin Weiner, Trustee and all others set forth on the NEF and to all creditor via regular U.S. Mail, this 29th day of July 2016.

Respectfully Submitted,
 /s/ George Rudd
George Rudd, Esquire
1250 SW 27th Ave., #306
Miami, FL 33135
Telephone: 786-360-6733
ruddlawgroup@gmail.com