

**ORDERED in the Southern District of Florida on August 10, 2016.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
LORETTA CLARK                                        CASE NO. 14-36777-LMI
                                                     CHAPTER 13

    Debtors            /

### ORDER GRANTING JOINT MOTION TO SUBSTITUTE COUNSEL

THIS CAUSE having come on to be heard on Debtor's Joint Motion to Substitute Counsel, the Court having read said Motion and based upon the record, it is **ORDERED**:

1. The Debtor's Joint Motion to Substitute Counsel is **GRANTED**.

2. Aubrey Rudd, Esq., is hereby removed as attorney of record for the Debtor(s) LORETTA CLARK and will have no further responsibilities in the above captioned case.

3. All future correspondence, pleadings, notices, and other Court filings shall be directed to:  George Rudd, Esq., 1250 SW 27th Ave., #306, Miami, FL 33135, ruddlawgroup@gmail.com

# # #

<u>Submitted by</u>:  
George Rudd, Esq.  
1250 SW 27th Ave., #306  
Miami, FL 33135  
Telephone: 786-360-6733  
Email: ruddlawgroup@gmail.com

<u>Copies furnished to</u>:  
George Rudd, Esq.  
Aubrey Rudd, Esq.  
Nancy Neidich, Trustee

Attorney, George Rudd, is directed to mail a confirmed copy of this Order to all interested parties.