UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
Loretta Clark  
        Debtor.  
_____/

Case No. 14-36777-LMI  
Chapter 13

## EMERGENCY MOTION TO REOPEN CHAPTER 7 CASE
### The debtor has received a notice of intent to foreclose on her homestead property

**COMES NOW**, the Debtor, Loretta Clark, by and through her undersigned counsel and files this Emergency Motion to Reopen Chapter 13 Case and as grounds therefore would show:

1. This case was filed on December 8, 2014.
2. An Order Dismissing Case for Debtor's failure to remain current was entered on September 9, 2016.
3. The debtor has received a notice of intent to foreclose on her homestead property.
4. Simultaneously our office is filing a motion to shorten prejudice period so the debtor may be allowed to file new chapter 13.

**WHEREFORE**, the Debtor prays this Honorable Court grant this emergency Motion to Reopen Chapter 13 Case.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Nancy Neidich, Trustee and U.S. Mail this 25th day of October, 2016 to all creditors on the mailing matrix

Respectfully Submitted;

ROBERT SANCHEZ AND ASSOCIATES  
355 West 49th Street  
HIALEAH, FLORIDA 33012  
(305) 687-8008

*/s/ Robert Sanchez*  
ROBERT SANCHEZ ESQ.

Label Matrix for local noticing
113C-1
Case 14-36777-LMI
Southern District of Florida
Miami
Tue Oct 25 15:07:10 EDT 2016

Wilmington Savings Fund Society, FSB, as Tru
Justin Plean, Esq.
Lender Legal Services, LLC
201 E. Pine Street, Suite 730
Orlando, FL 32801-2763

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Premier Bankcard, Llc.
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Suntrust Mortgage
P.O. Box 79041
Baltimore, MD 21279-0041

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438

Loretta Clark
2541 NW 210 Terrace
Opa Locka, FL 33056-1254

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Cavalry Spv 1, LLC
Assignee of Capital One Bank (USA), N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Galway Financial Services LLC
1290 W Spring St SE
Suite 270
Smyrna, GA 30080-3690

Portfolio Recovery Assocaites LLC
120 Corporate Blvd.
Norfolk, VA 23502-4952

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Wilmington Sav. Fund Soc'y, FSB, As Tru
Stanwich Mortg. Loan Trust, A
c/o Carrington Mortg. Servs.
1600 South Douglass Rd.
Anaheim, CA 92806-5948

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Suntrust Mortgage, Inc.
Suntrust Mortgage, Inc.
c/o Frank J. Gomez, Esquire
Florida Foreclosure Attorneys, PLLC
4855 Technology Way, Suite 500
Boca Raton, FL 33431-3352

Amsher Collection
1816 3rd Ave N.
Birmingham, AL 35203-3102

Chrysler Capital
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Medical Payment Data
645 Walnut St.
Suite 5
Gadsden, AL 35901-4173

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SunTrust Mortgage, Inc.
Bankruptcy Department RVW 3034
PO Box 27767 Richmond, VA 23261

WFF
1200 N. West Ave.
Sioux Falls, SD 57104-1335

George E Rudd
Rudd Law Group, Inc.
3191 Coral Way, Suite 401
Miami, FL 33145-3220

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302

Capital One Bank
P.O. Box 85015
Richmond, VA 23285-5075

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

T Mobile
P.O. Box 790047
Saint Louis, MO 63179-0047

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Miami

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26