UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Case No. 14-36777-LMI
Loretta Clark                                                                              Chapter 13
        Debtor.
_____/

### EMERGENCY MOTION TO SHORTEN THE PREJUDICE PERIOD
**Emergency Hearing is requested due to a Notice of Intent to Foreclose that the debtor received.**

COMES NOW the debtor, Loretta Clark by and through the undersigned counsel and files this Emergency Motion to Shorten the Prejudice Period states as follows:

1. This case was filed on December 8, 2014.
2. An Order Dismissing Case for Debtor's failure to remain current was entered on September 9, 2016.
3. Debtor has had a change in circumstances since her prior counsel was suspended from the practice of law.  Also, Debtor no longer wishes to continue with the Mortgage Modification Mediation and she wishes to cure and maintain her mortgage.
4. Debtor has retained services of undersign counsel on October 25, 2016.
5. Debtor wishes to file another Chapter 13 Bankruptcy petition so she may continue to make good faith payments to all her creditors and save her homestead.

WHEREFORE, the debtor, Loretta Clark, respectfully requests that this Court enter an Order Shortening the Prejudice Period and to authorize debtor to proceed with the filing of a new Chapter 13 case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        Respectfully submitted,
        Robert Sanchez, Esq.
        355 West 49th Street
        Hialeah, FL 33012
        Tel. (305)-687-8008

        By:  */s/ Robert Sanchez*
        Robert Sanchez, Esquire
        FBN#0442161