UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 14-36777-LMI
Loretta Clark  Chapter 13
     Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Emergency Motion to Reopen Chapter 13 Case and Notice of Hearing of Emergency on Motion to Reopen Chapter 13 Case was uploaded to cm/ecf to Nancy Neidich, Trustee was and mailed via regular mail to all creditors on the mailing matrix on 26th day of October 2016.

**CERTIFICATE OF ADMISISON**

    I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

    Robert Sanchez, Esq.
    355 West 49th Street
    Hialeah, FL 33012
    Tel. (305)-687-8008

    By:  */s/ Robert Sanchez*
    Robert Sanchez, Esquire
    FBN#0442161