UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 14-36777-LMI
Loretta Clark                                       Chapter 13
      Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Emergency Motion to Shorten Prejudice Period and Notice of Hearing of Emergency on Motion to Reopen Chapter 13 Case was uploaded to cm/ecf to Nancy Neidich, Trustee was and mailed via regular mail to all creditors on the mailing matrix on 26th day of October 2016.

**CERTIFICATE OF ADMISISON**

      I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                                                          Robert Sanchez, Esq.
                                                           355 West 49th Street
                                                           Hialeah, FL 33012
                                                            Tel. (305)-687-8008

                                                           By:__*/s/ Robert Sanchez*_____
                                                           Robert Sanchez, Esquire
                                                           FBN#0442161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
Loretta Clark  
       Debtor.  
_____/

Case No. 14-36777-LMI  
Chapter 13

### EMERGENCY MOTION TO SHORTEN THE PREJUDICE PERIOD
**Emergency Hearing is requested due to a Notice of Intent to Foreclose that the debtor received.**

COMES NOW the debtor, Loretta Clark by and through the undersigned counsel and files this Emergency Motion to Shorten the Prejudice Period states as follows:

1. This case was filed on December 8, 2014.
2. An Order Dismissing Case for Debtor's failure to remain current was entered on September 9, 2016.
3. Debtor has had a change in circumstances since her prior counsel was suspended from the practice of law. Also, Debtor no longer wishes to continue with the Mortgage Modification Mediation and she wishes to cure and maintain her mortgage.
4. Debtor has retained services of undersign counsel on October 25, 2016.
5. Debtor wishes to file another Chapter 13 Bankruptcy petition so she may continue to make good faith payments to all her creditors and save her homestead.

WHEREFORE, the debtor, Loretta Clark, respectfully requests that this Court enter an Order Shortening the Prejudice Period and to authorize debtor to proceed with the filing of a new Chapter 13 case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                Respectfully submitted,  
                Robert Sanchez, Esq.  
                355 West 49th Street  
                Hialeah, FL 33012  
                Tel. (305)-687-8008

                By:  */s/ Robert Sanchez*  
                Robert Sanchez, Esquire  
                FBN#0442161

Form CGFCRD3 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14-36777-LMI
Chapter: 13

In re:

Loretta Clark
3541 NW 210 Terrace
Opa Locka, FL 33056

SSN: xxx-xx-8263

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 1, 2016 at 09:00 AM**, at the following location:

C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128

to consider the following:

**Emergency Motion to Shorten Prejudice Period (Re: 68 Order on Request to Dismiss Case for Non-Compliance) Filed by Debtor Loretta Clark. (Sanchez, Robert) (74)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON-EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.**

Dated: 10/26/16

CLERK OF COURT
By: Noemi Sanabria
Courtroom Deputy

```
Label Matrix for local noticing          (p)JEFFERSON CAPITAL SYSTEMS LLC        Suntrust Mortgage, Inc.
113C-1                                   PO BOX 7999                             Suntrust Mortgage, Inc.
Case 14-36777-LMI                        SAINT CLOUD MN 56302-7999               c/o Frank J. Gomez, Esquire
Southern District of Florida                                                     Florida Foreclosure Attorneys, PLLC
Miami                                                                            4855 Technology Way, Suite 500
Tue Oct 25 15:07:10 EDT 2016                                                     Boca Raton, FL 33431-3352

Wilmington Savings Fund Society, FSB, as Tru    American InfoSource LP as agent for     Amsher Collection
Justin Plean, Esq.                       T Mobile/T-Mobile USA Inc               1816 3rd Ave N.
Lender Legal Services, LLC               PO Box 248848                           Birmingham, AL 35203-3102
201 E. Pine Street, Suite 730            Oklahoma City, OK  73124-8848
Orlando, FL 32801-2763


(p)CAPITAL ONE                           Cavalry Spv 1, LLC                      Chrysler Capital
PO BOX 30285                             Assignee of Capital One Bank (USA), N.A. P.O. BOX 961275
SALT LAKE CITY UT 84130-0285             c/o Bass & Associates, P.C.             FORT WORTH, TX 76161-0275
                                         3936 E. Ft. Lowell Rd, Suite #200
                                         Tucson, AZ 85712-1083


Chrysler Capital                         Galway Financial Services LLC           Medical Payment Data
P.O. Box 660335                          1290 W Spring St SE                     645 Walnut St.
Dallas, TX 75266-0335                    Suite 270                               Suite 5
                                         Smyrna, GA 30080-3690                   Gadsden, AL 35901-4173


Office of the US Trustee                 Portfolio Recovery Assocaites LLC       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
51 S.W. 1st Ave.                         120 Corporate Blvd.                     PO BOX 41067
Suite 1204                               Norfolk, VA 23502-4952                  NORFOLK VA 23541-1067
Miami, FL 33130-1614


Premier Bankcard, Llc.                   (p)SPRINT NEXTEL CORRESPONDENCE         SunTrust Mortgage, Inc.
c o Jefferson Capital Systems LLC        ATTN BANKRUPTCY DEPT                    Bankruptcy Department RVW 3034
Po Box 7999                              PO BOX 7949                             PO Box 27767 Richmond, VA 23261
Saint Cloud Mn 56302-7999                OVERLAND PARK KS 66207-0949


Suntrust Mortgage                        (p)C O AMERICAN INFOSOURCE LP           WFF
P.O. Box 79041                           4515 N SANTA FE AVE                     1200 N. West Ave.
Baltimore, MD 21279-0041                 OKLAHOMA CITY OK 73118-7901             Sioux Falls, SD 57104-1335


Wells Fargo Bank, N.A.                   Wilmington Sav. Fund Soc'y, FSB, As Tru George E Rudd
PO Box 10438                             Stanwich Mortg. Loan Trust, A           Rudd Law Group, Inc.
Des Moines, IA 50306-0438                c/o Carrington Mortg. Servs.            3191 Coral Way, Suite 401
                                         1600 South Douglass Rd.                 Miami, FL 33145-3220
                                         Anaheim, CA 92806-5948


Loretta Clark                            Nancy K. Neidich
1541 NW 210 Terrace                      www.ch13herkert.com
Opa Locka, FL 33056-1254                 POB 279806
                                         Miramar, FL 33027-9806
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).