

## ORDERED in the Southern District of Florida on November 2, 2016.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                                  Case No. 14-36777-LMI
Loretta Clark                                                           Chapter 13
        Debtor.
_____/

### ORDER GRANTING EMERGENCY MOTION TO REOPEN CHAPTER 13 CASE

This matter came before the court on Debtor's Motion to Reopen chapter 13 case.

The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Motion to reopen chapter 13 case is GRANTED.

2. The case is hereby reopened.

### ###

Copies furnished to:

**Copies furnished to:**
**Attorney Robert Sanchez,Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.**