

**ORDERED in the Southern District of Florida on November 2, 2016.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                                                Case No. 14-36777-LMI
Loretta Clark                                                                    Chapter 13
        Debtor.
_____/

### ORDER GRANTING MOTION TO SHORTEN THE PREJUDICE PERIOD

**THIS MATTER** having come to be heard on this 1st day of November, 2016 upon Debtor's Motion to Shorten the Prejudice Period based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Shorten the Prejudice Period is Granted.

2. The Order Dismissing Case with prejudice entered on September 9, 2016 is hereby modified to remove the prejudice as to the filing of any bankruptcy case by the debtor earlier than 180 days from the entry of the Order Dismissing Case and the debtor is hereby allowed to file a bankruptcy case immediately.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.